

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00097-CV

**IN THE GUARDIANSHIP OF** Javier J. **TREVINO**, an Incapacitated Person

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2022PB6000079-L2
Honorable Victor Villarreal, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: June 28, 2023

DISMISSED FOR LACK OF JURISDICTION

On January 31, 2023, counsel Armando Trevino filed a notice of appeal seeking to appeal the trial court's January 25, 2023 order granting the first amended motion to show authority. The order concludes he does not have authority to represent Javier J. Trevino, the ward in the proceedings, and strikes each pleading filed by him. He cites additional orders, but they do not appear in the clerk's record. Absent an appealable interlocutory order or written final judgment, this court has no jurisdiction over this appeal. *See Matter of Guardianship of Jones*, 629 S.W.3d 921, 925 (Tex. 2021) (explaining order in guardianship proceeding was final judgment if it disposed of all issues and all parties in particular phase of proceeding in which motion seeking order filed); *Bosch v. Harris Cnty.*, No. 14-13-00739-CV, 2013 WL 5503744, at *1 (Tex. App.—Houston [14th Dist.] Oct. 1, 2013, no pet.) (concluding order on Rule 12 motion to show authority

not appealable until merged into final judgment); *see also Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We therefore ordered counsel Armando Trevino to show cause in writing by June 5, 2023, why this appeal should not be dismissed for lack of jurisdiction. Counsel Armando Trevino has not filed a response.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(a), (c).


PER CURIAM